

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>Yolanda SOTO,<br><br>  Defendant. | Case No.: '21 MJ02494<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |
|---|---|

The undersigned complainant being duly sworn states:

COUNT 1

On June 19, 2021, within the Southern District of California, Yolanda SOTO, did knowingly and intentionally import a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as fentanyl), a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

COUNT 2

On June 19, 2021, within the Southern District of California, Yolanda SOTO, did knowingly and intentionally import a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, into the United

1

States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Special Agent Jose Diego
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 21th of June 2021.

HON. MITCHELL D. DEMBIN
U.S. MAGISTRATE JUDGE

2

## PROBABLE CAUSE STATEMENT

I, Special Agent Jose Diego, declare under penalty of perjury, the following is true and correct:

On June 19, 2021, at approximately 1251 hours, Yolanda SOTO, ("SOTO"), a United States citizen made entry into the United States from Mexico through the Otay Mesa Port of Entry in vehicle lane #6. SOTO was the driver, sole occupant, and registered owner of a 2012 BMW X5 ("the vehicle") bearing California license plates.

An Anti-Terrorism and Contraband Enforcement Team Officer was conducting pre-primary operations, approached the vehicle and received two negative Customs declarations from SOTO. SOTO stated she was crossing the border to go to San Ysidro, California. SOTO showed signs of nervousness (avoiding eye contact, shaking hand) and a cursory inspection of the vehicle indicated fresh tool marks on the bolts holding down the seats, speaker, and center console.

3

A Canine Enforcement Team was conducting secondary inspection operations when the Human and Narcotic Detection Dog alerted to the floor under the front passenger seat of the vehicle.

Further inspection of the vehicle resulted in the discovery of 14 total packages concealed in the floor of the vehicle. 11 of the packages contained a substance, a sample of which field tested positive for the characteristics of Fentanyl, with a total approximate weight of 12.22 kgs (26.94 lbs); 3 of the packages contained a substance, a sample of which field tested positive for the characteristics of Heroin, with a total approximate weight of 3.48 kgs (7.67 lbs). SOTO was placed under arrest at approximately 1515 hours.

During a post-Miranda interview, SOTO denied knowledge that the narcotics were in the vehicle. SOTO stated that she was going to pick up a friend (Ezequiel Hernandez) at Dennery Rd in San Ysidro by Walmart & Home Depot. SOTO stated she has known Hernandez for about 2 to 3 years and would do jobs and favors for him such as transporting miscellaneous items to the United States due to Hernandez not having a driving license. On March of 2021 SOTO made an agreement with Hernandez to pick up the vehicle (BMW X5) from a used car dealership and registered the vehicle under her name. SOTO stated she drove the vehicle frequently.

SOTO stated she had crossed the vehicle on 2 occasions loaded with shelves, shower curtains rods, blenders and other miscellaneous items for Hernandez and

4

delivered them to "flaco" in San Bernardino, California. SOTO also stated Hernandez had bought her a phone due to her old phone being unreliable when he would try to reach her. SOTO stated she had also co-signed for a 2020 GMC Denali for Hernandez and her return payment would be her keeping the BMW X5 as the owner. SOTO stated she would share the vehicle with Hernandez and he would take it from her on occasion.

SOTO stated that Hernandez had taken the vehicle last Wednesday (06/16/21) and returned it to her on Friday (06/18/21). Hernandez also took the vehicle at about 0800 hours today (06/19/21) for an oil change, and shortly thereafter returned it to her. Relating to SOTO's reason for crossing the border today, SOTO stated Hernandez had called her about noon and told her to pick him up at Dennery and told her to bring the vehicle.

SOTO was arrested and charged with a violation of Title 21, United States Code, 952 and 960, importation of a controlled substance.