**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>  v.<br><br>YOLANDA SOTO,<br><br>                 Defendant. | Case No. **21-cr-2028-GPC**<br><br>**I N F O R M A T I O N**<br><br>Title 21, U.S.C.,<br>Secs. 952 and 960 -<br>Importation of Heroin and<br>Fentanyl (Felony) |

The Acting United States Attorney charges:

<u>Count 1</u>

On or about June 19, 2021, within the Southern District of California, defendant, YOLANDA SOTO, did knowingly and intentionally import a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

<u>Count 2</u>

On or about June 19, 2021, within the Southern District of California, defendant, YOLANDA SOTO, did knowingly and intentionally import a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, into the United States from a place

ECB:ym:6/28/2021

outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: 7/8/2021.

RANDY S. GROSSMAN
Acting United States Attorney

/s/ E. Christopher Beeler

E. CHRISTOPHER BEELER
Assistant U.S. Attorney